JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JONES, | Case No. EDCV 20-0739-JLS (JPR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| NEIL McDOWELL, | |
| Respondent. | |

Pursuant to the Order Denying Motion for Extension of Time and Administratively Closing Matter,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 05/04/2020

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE